# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 22, 2017

Ms. Debra Poplin
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 16-6729, *Samuel McGaw, Jr., et al v. Sevier County, Tennessee, et al*
Originating Case No. : 3:15-cv-00012

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Charles Anthony Milton
Direct Dial No. 513-564-7029

cc: Mr. Darren Vincent Berg
    Ms. Rhonda Leonard Bradshaw
    Mr. Weldon E. Patterson
    Mr. Louis W. Ringger III

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-6729

_____

Filed: November 22, 2017

SAMUEL M. MCGAW, JR., as the Personal Representative of the Estate of Samuel M. McGaw, IV, deceased; LESLIE TOLX, mother and legal Guardian of Samuel Marshall McGaw, V, Zachary Aiden McGaw, Ava Belle McGaw, Emma Grace McGaw, and Addison Reese McGaw, the natural children and next-of-kin of Samuel M. McGaw, IV, deceased,

    Plaintiffs - Appellees

v.

SEVIER COUNTY, TENNESSEE; MICHAEL FOX; BRADLEY MOUNT; HAYDEN WHALEY; JOSHUA MCKINZIE

    Defendants - Appellants

and

FIRST MED, INCORPORATED; JESSIE TIMBROOK; JUDY SIMS

    Defendants

## MANDATE

Pursuant to the court's disposition that was filed 10/31/2017 the mandate for this case hereby issues today.

COSTS: None