UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SAMUEL M. McGAW, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:15-cv-00012 |
| | ) REEVES/GUYTON |
| SEVIER COUNTY, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR MEDIATION

After a careful review of the record, the court is of the opinion that mediation will facilitate a possible resolution in this case. Accordingly, pursuant to Local Rule 16.4, the court hereby **ORDERS** the parties to mediate this case in good faith within fourteen (14) days of entry of this order. *See* E.D. Tenn. L.R. 16.4(a) ("With or without the agreement of the parties in any civil action, except those exempted pursuant to Local Rule 16.3, the court may refer all or part of the underlying dispute to mediation pursuant to this Local Rule").

**IT IS FURTHER ORDERED** that the parties, their representatives and/or actual decisionmakers for the parties, including persons with actual settlement authority on behalf of all the parties to this litigation, shall be present for the mediation.

Within seven (7) days following the conclusion of the mediation, the mediator shall **FILE** a report with the court stating the outcome of the mediation, as contemplated by Local Rule 16.4(m). If the parties are unable to resolve this case pursuant to mediation,

they shall so **REPORT** to the court within seven (7) days following the conclusion of mediation.

      **IT IS SO ORDERED.**

                                                                                      */s/ Pamela L. Reeves*
                                                             **UNITED STATES DISTRICT JUDGE**