# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## CIVIL COURTROOM MINUTES

**Case No.** 3:15-cv-12     **At** Knoxville     **Date** August 7, 2018

**Style** McGaw et al     vs     Sevier County, TN et al.

**PRESENT:** HONORABLE PAMELA L. REEVES U.S DISTRICT JUDGE

| Angela Archer | Rebekah Lockwood |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

Pat Ferrell
**Law Clerk**

**ATTORNEY PRESENT FOR PLTFS:**     **ATTORNEY PRESENT FOR DEFTS:**
Weldon Patterson     Rhonda Bradshaw
Louis Ringger, III

**PROCEEDINGS:** Minor Settlement Conference/Motion hearing

Court was in session to discuss the terms of a proposed settlement agreement, per pending motion [R.173]. Sam McGaw, Jr and Leslie McGaw are sworn and give testimony as to the terms of the settlement. The Judge approves the settlement and signs the Order for entry. Order to follow.

Time **10:00** to **10:10**