# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

SAMUEL M. MCGAW, JR., as the
Personal Representative of the Estate of
Samuel M. McGaw, IV, deceased,

and

LESLIE TOLX, mother and legal
Guardian of Samuel Marshall McGaw, V,
Zachary Aiden McGaw, Ava Belle McGaw,
Emma Grace McGaw, and
Addison Reese McGaw, the natural
children and next-of-kin of
Samuel M. McGaw, IV, deceased

    Plaintiffs,

v.                                                                                     No. 3:15-CV-00012

SEVIER COUNTY, TENNESSEE,
MICHAEL FOX; BRADLEY MOUNT;
HAYDEN WHALEY; JOSHUA MCKINZIE;
FIRST MED, INC.; JESSIE TIMBROOK,
LPN; and JUDY SIMS, LPN,

    Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties, through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. In support of this Stipulation, the parties would state that they have resolved all matters between them and agree that this case should be dismissed with prejudice.

    Respectfully submitted this 7th day of August, 2018.

1

/s/ Rhonda L. Bradshaw
Rhonda L. Bradshaw – 014082
Andrew N. Firkins - 003982
Spicer Rudstrom, PLLC
800 S. Gay Street, Suite 1400
Knoxville, TN 37929
(865) 673-8516

*Attorneys for Defendant*


/s/ Weldon E. Patterson
Weldon E. Patterson – 013608
Louis W. Ringger – 033674
2701 Kingston Pike
P.O. Box 2649
Knoxville, TN 37901-2649
(865) 637-3531

*Attorneys for Plaintiffs*

2